# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BILLY CEPERO,<br>       Appellant,<br>     vs.<br>THE STATE OF NEVADA,<br>       Respondent. | No. 79184<br><br>**FILED**<br><br>AUG 16 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____ DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is a pro se appeal from a "denial to the motion for sentencing transcripts of 6-5-19." Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from an order denying a motion requesting transcripts of a sentencing hearing, this court lacks jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc: Hon. Douglas W. Herndon, District Judge
   Billy Cepero
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk

19-34512